# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2016

Robert P. Young, Jr.,
Chief Justice

150882(57)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CYNTHIA HARDY, Personal Representative of
the ESTATE OF MARGARET MARIE ROUSH,
      Plaintiff-Appellee,

v

        SC:  150882
        COA:  317406
        Montcalm CC:  2012-016830-CZ

LAURELS OF CARSON CITY, LLC,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Michigan Elder Justice Initiative, the National Consumer Voice for Quality Long-Term Care, the State Long Term Care Ombudsman Program, and the Michigan Protection and Advocacy Service, Inc. to file a late amicus curiae brief is GRANTED.  The amicus brief submitted on February 17, 2016, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2016



Clerk